# **Exhibit A**

# Lana Jewelry's
# "Hooked on Hoops" Trade Dress

