# **Exhibit B**

# Lana Jewelry's "Blake" Trade Dress



**Exhibit B - Lana Jewelry's "Blake" Trade Dress**



**Exhibit B - Lana Jewelry's "Blake" Trade Dress**



**Exhibit B - Lana Jewelry's "Blake" Trade Dress**



**Exhibit B - Lana Jewelry's "Blake" Trade Dress**

