# **Exhibit C**

# Midas Chain's Published Advertisement Infringing Lana Jewelry's "Hooked on Hoops" Trade Dress

